UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment
Company, L.P.,

                 Plaintiff,

-against-

DAVID MUNOZ, et al.,

                 Defendants.
------------------------------------------------------------X

98 CV 3080 (NG) (RML)

ORDER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
* MAY 25 2007 *
P.M. _____
TIME A.M. _____

**GERSHON, United States District Judge:**

    Having had recently brought to its attention that no order was issued in response to Magistrate Judge Levy's March 18, 1999 Report and Recommendation ("R&R") concerning defendant William Nielsen's default, the court now adopts Judge Levy's recommendations in full. On September 8, 1998, I ordered entry of default judgment against Nielsen and referred the matter to Judge Levy for a R&R on damages. After a thorough analysis of the relevant facts and legal principles, on March 18, 1999, Judge Levy recommended that plaintiff obtain statutory damages from Nielsen in the amount of $7,236.90, and $162.64 in attorney's fees and costs, for a total of $7,399.54. Nielsen has filed no objections. Judge Levy's recommendations are therefore adopted by the court in full.

    The clerk of court is directed to reopen this case, enter judgment in accordance with this order, and then reclose this case.

                                                     SO ORDERED.

                                                     s/NG
                                                   **NINA GERSHON**
                                                   **United States District Judge**

Dated: Brooklyn, New York
       May 25, 2007